**Order entered August 3, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00314-CR

**TRACY DEMOND SIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F15-76138-Y**

## ORDER

The clerk's record was filed May 24, 2018. It shows appellant is indigent and that, on March 27, 2018, he notified court reporter Vearneas Faggett he was requesting the reporter's record.

The reporter's record was initially due on May 14, 2018. When it was not filed, we notified court reporter Vearneas Faggett by postcard that the record was overdue and directed her to file, by June 16, 2018, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record be prepared. *See* TEX. R. APP. P. 35.3(b). Ms. Faggett filed a request for an extension of time which we granted, making the record due on July 11, 2018. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** the reporter's record filed within **TWENTY DAYS** of the date of this order. We caution Ms. Faggett that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Fargo, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

.

/s/     LANA MYERS
        JUSTICE